# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TINA M. HUDSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-17-1268-BMJ ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed separately this same date, the final decision of Defendant denying Plaintiff's applications for disability insurance benefits and supplemental security income is AFFIRMED and judgment is entered in favor of Defendant.

ENTERED this 31st day of July, 2018.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE